**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JACKIELYN PEREZ, | ) | |
| Plaintiff(s), | ) | Case No. 2:16-cv-02048-APG-NJK |
| vs. | ) | ORDER |
| LORETTA LYNCH, | ) | |
| Defendant(s). | ) | (Docket No. 7) |

Pending before the Court is Plaintiff's motion for an order enlarging time for service of process. Docket No. 7. A court must extend the deadline for service of process upon a showing of good cause, and has discretion to do so even absent such a showing. Fed R. Civ. P. 4(m); *In re Sheehan*, 253 F.3d 507, 513 (9th Cir. 2001). For good cause shown, the Court hereby **GRANTS** Plaintiff's motion and extends the Rule 4(m) deadline by 30 days.

IT IS SO ORDERED.

DATED: December 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge